NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1358

CYBERSOURCE CORPORATION,

Plaintiff-Appellant,

v.

RETAIL DECISIONS, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of California in case no. 04-CV-03268, Judge Marilyn H. Patel.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

CyberSource Corporation moves without opposition to stay proceedings pending the United States Supreme Court's disposition of Bilski v. Doll, No. 08-964. CyberSource also moves without opposition for a 30-day extension of time, until August 20, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay proceedings is granted. The appellant is directed to inform this court, within 14 days of the Supreme Court's disposition of Bilski, concerning how it believes that this appeal should proceed. The appellee may also respond within that time.

(2)    The motion for an extension of time is denied as moot.

FOR THE COURT

JUL 3 0 2009

_____
Date

/s/ Jan Horbaly_____

Jan Horbaly
Clerk

cc:   J. Michael Jakes, Esq.
      Scott J. Bornstein, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 3 0 2009

JAN HORBALY
CLERK

2009-1358                        2